Larry Zerner (SBN 155473)
Law Offices of Larry Zerner
1801 Century Park East, Ste. 2400
Los Angeles, CA 90067
(310) 773-3623
Email: Larry@ZernerLaw.com

Attorneys for Plaintiff Zeus Networks, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZEUS NETWORKS, LLC <br><br> Plaintiff, <br><br> vs. <br> YVES GHYSLAIN IRANKUNDA, an individual, and Does 1-10, Inclusive. <br><br> Defendants | Case No.: 5:25-cv-02633-NW VKD <br><br> REQUEST FOR DISMISSAL |

TO THE HONORABLE COURT:

Plaintiff Zeus Networks, LLC hereby dismisses this case in its entirety without prejudice.  This dismissal is made pursuant to FRCP 41((a)(1)(A).

DATED: May 30, 2025              LAW OFFICES OF LARRY ZERNER

                                              By: __/s/Larry Zerner_____
                                                  Larry Zerner
                                                  Attorney for Plaintiff Zeus Networks, LLC